IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 18-CV-60995-KMM

ZACHARY PAUL CRUZ

    Plaintiff

vs.

**CAPTAIN SHEREA GREEN**, in her
individual capacity,
**MICHAEL SATZ**, in his official
and individual capacity
as State Attorney for the Office of the State
Attorney in and for Broward County,
**SARAHNELL MURPHY**, in her official
and individual capacity as Assistant
State Attorney for the Office of the
State Attorney in and for Broward County,
**JUDGE KIM THERESA MOLLICA**, in
her individual capacity as Judge
for the Seventeenth Judicial Circuit,
**JOHN DOE #1**, in his individual capacity,
**JOHN DOE #2**, in his individual capacity, and
**JOHN DOE #3**, in his individual capacity,

    Defendants
_____/

## CAPTAIN SHEREA GREEN'S ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY

Defendant CAPTAIN SHEREA GREEN, sued in her individual capacity, now files this Answer to Plaintiff's Complaint, as that Complaint was modified by docket entry 30 which ruled on the Motion to Dismiss. Plaintiff's complaint is not numbered on pages 1 through 4. Defendant therefore responds as follows:

### INTRODUCTION

The allegation of Plaintiff's introduction on pages 2, 3 and 4 are denied.

## JURISDICTION AND VENUE

1. It is admitted that this claim is brought as federal claim. It is denied that there is any basis for a claim.

2. Admit personal jurisdiction.

3. Admitted.

4. It is admitted that Defendant, CAPTAIN SHEREA GREEN is a sworn deputy. It is admitted that Defendant CAPTAIN SHEREA GREEN is subject to the laws of the state and the Constitution of the United States. The remaining allegations, as phrased, are denied.

5. Denied.

6. Denied.

7. This allegation does not relate to this Defendant, but in anyway is deemed to relate to this defendant, it is denied.

8. This allegation does not relate to this Defendant, but in any way, it is deemed to relate to this defendant, is denied.

9. This allegation does not relate to this Defendant, but in any way, it is deemed to relate to this defendant, it is denied.

## STATEMENT OF FACTS

10. Defendant is without knowledge and therefore denied.

11. It is admitted that Plaintiff, Cruz is the brother of Zachary Cruz, who perpetrated the school shooting at Marjory Stoneman Douglas, the remaining allegation are denied.

12. Denied.

13. It is admitted that Cruz trespassed. The remaining allegation are denied.

14. Denied.

15. Unknown, therefore denied.

16. Unknown, therefore denied.

17. Unknown, therefore denied.

18. Denied as phrased. Bond was set by the court.

19. Denied as phrased.

20. Denied as phrased.

21. Denied as phrased.

22. This allegation does not relate to this Defendant but in any way, it is related, it is denied as phrased.

23. This allegation does not relate to this Defendant but in any way, it is relates, it is denied as phrased.

24. Denied as phrased.

25. Denied as phrased.

26. Denied as phrased.

27. Denied as phrased.

28. Denied as phrased.

29. It admitted that there was observation. Otherwise denied as phrased.

30. Denied as phrased.

31. Denied as phrased.

32. Denied as phrased.

33. Denied as phrased.

34. Denied as phrased.

35. Denied as phrased.

36. Denied as phrased.

37. Denied as phrased.

## COUNT I

Paragraphs 38 through 42 no longer apply here as this count has been dismissed. In any way they are deemed to apply, they are denied.

## COUNT II

43. Denied.

44. Denied

## COUNT III

Paragraphs 45 through 49 no longer apply as this count has been dismissed. In any way they are deemed to apply, they are denied.

## COUNT IV

Paragraphs 50 through 55 does not relate to this Defendant, anyway if it would relate it is denied.

## COUNT V

Paragraphs 56 through 59 – these allegations do not relate to this Defendant. In any way if they do so relate they are denied.

## COUNT IV (Declaratory and Injunctive – mis numbered page 21)

Paragraph 60 through 62 – these allegations do not relate to this Defendant. In any way if they do so relate they are denied.

### COUNT II- (Mis numbered on page 22- should be Count VIII)

(Page 22, Style II) Paragraph 63- Denied.

### COUNT V (Punitive Damages – mis numbered should be Count VIII

(Page 22, style V) Paragraph 64 - Denied.

### COUNT VI (mis numbered Attorney Fees- should be Count X)

(Page 23 style VI) Denied.

All allegations are fact in the complaint that are not admitted are denied.

### AFFIRMATIVE DEFENSES

1. Defendant states there was probable cause for Plaintiff's detention\incarceration and no claim of false imprisonment or of a constitutional violation claim can therefore proceed.

2. Defendant states there was probable cause to believe plaintiff was dangerous to himself or others.

3. Defendant states there was arguable probably cause and therefore qualified immunity applies to defendant.

4. As affirmative defense, Defendant states that Plaintiff Cruz's retention was with legal authority and or was reasonable, since there was a Court Order which required that plaintiff be held until his appearance before the court and or there was a Court Order later requiring his retention.

5. Under Florida law only a court can set bail, and in this instance the court required retention of the plaintiff and set bail.

6. As an affirmative defense Defendant states she did not personally participate in the alleged false imprisonment.

7. As an affirmative defense Defendant states that she did not act with deliberate indifference. To the extent, if at all, this defendant was involved, her actions were reasonable based on the information she had at the time.

8. As an affirmative defense, the defendant states that she is entitled to qualified immunity.

9. As an affirmative defense, defendant states that Plaintiff has failed to mitigate his damages, and his damages must be barred to him accordingly.

10. Defendant states that the actions of third parties including but not limited to officials named in the instant complaint caused or contributed to a claimed retention.

11. Any recovery, if any, should be reduced by any applicable collateral source and by any payment or settlement.

12. Any award, if any, of punitive damages, must be limited so that it does not violate due process and so that it does not bankrupt this defendant.

## DEMAND FOR JURY TRIAL

Defendant demands trial by jury on all issues triable as a matter of right.

**Dated: January 17th, 2019.**

           **Respectfully submitted,**

           WALTON LANTAFF SCHROEDER & CARSON LLP
           **Attorney for Captain Green**
           Corporate Center
           110 E. Broward Blvd., Suite 2000
           Fort Lauderdale, FL 33301-3503
           Tel: (954) 463-8456
           Fax: (954) 763-6294

By: _____
Walton Lantaff Schroeder & Carson LLP
Corporate Center
110 E. Broward Blvd., Suite 2000
Fort Lauderdale, FL 33301-3503

Beth J. Leahy, Esquire
Florida Bar No.: 308048

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by CM/ECF system on all counsel or parties of record indicated on the Service List below on this 17th day of January 2019.

By: _____
Beth J. Leahy, Esquire
Florida Bar No.: 308048

## SERVICE LIST

Walton Lantaff Schroeder & Carson LLP
Corporate Center
110 E. Broward Blvd., Suite 2000
Fort Lauderdale, FL 33301-3503

Beth J. Leahy, Esquire
Bleahy@waltonlantaff.com
Florida Bar No.: 308048
WALTON LANTAFF SCHROEDER &
CARSON LLP
Corporate Center
110 E. Broward Blvd., Suite 2000
Fort Lauderdale, FL 33301-3503
*Attorney for Captain Sherea Green*

Dallas S. LePierre, Esq.
Nexus Derechos Humanos Attorneys, Inc.
44 Broad Street, N.W., Suite 200
Atlanta, GA 30303
dlepierre@ndhlawyers.com
mdobbs@ndhlawyers.com
*Attorneys for Plaintiff*

Mark S. Lowry, Esq.
Mark S. Lowry, LLC
500 E. Broward Blvd, Suite. 1710
Fort Lauderdale, FL 33394
Email: mark@markslowry.com
*Co-Attorneys for Plaintiff*