IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| **ZACHARY PAUL CRUZ**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 0:18-cv-60995 |
| **CAPTAIN SHEREA GREEN**, et al, | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION FOR SELECTION OF A NEW MEDIATOR

COMES NOW Plaintiff, Zachary Paul Cruz, by and through counsel, and files this Motion for Selection of a New Mediator. In support thereof, the Plaintiff would state that:

### PROCEDURAL HISTORY

On August 21, 2018, this Court entered a paperless Order of Referral to Mediation. (ECF 15.) Pursuant to that Order, a Notice of Selection of Mediator was filed on August 31, 2018. (ECF 19.) A mediation occurred on February 1, 2019 and was concluded without mediation. (ECF 58.) On February 26, 2019, this Court entered an Order to Reschedule and Conduct Mediation on or before March 18, 2019. (ECF 64).

### ARGUMENT

In accordance with the Order to Reschedule Mediation, the Parties have selected a mutually agreeable mediator, Mr. Nick Gunther, Mediation Firm, Inc., 401 East Las Olas Blvd., Suite 1220, Fort Lauderdale, FL 33301.  All parties have selected for mediation to occur on March 18, 2019 at 10:00 AM. A Notice of Mediation will be filed in this case immediately following this Motion.

The Plaintiff hereby requests that this Court grant this Motion and permit the mediation to occur with the mediator mutually agreeable to all parties. Granting this motion would not prejudice any party. Plaintiff has consulted with Defense counsel who does not oppose this motion.

WHEREFORE, based upon the foregoing, the Plaintiff requests that the Court enter an Order granting this Motion for Selection of a New Mediator and granting such other and further relief as is just and proper.

## RULE 7.1(a)(3) CERTIFICATION

Plaintiff hereby certifies pursuant to Local Rule 7.1(a)(3) that Plaintiff has conferred with counsel affected by this Motion who does not oppose the Motion.

Respectfully Submitted on February 28, 2019.

/s/ DALLAS S. LEPIERRE
Dallas S. LePierre (Fl Bar # 101126)

/s/MARIO WILLIAMS
Mario Williams (GA 235254)

Nexus Derechos Humanos Attorneys, Inc.
44 Broad St. NW, Suite 200
Atlanta, GA 30303
404-254-0442/703-935-2453 FAX
dlepierre@ndhlawyers.com
mwilliams@ndhlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Motion for Selection of a New Mediator with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 28th day of February 2019.

/s/ DALLAS S. LEPIERRE
Dallas S. LePierre (Fl Bar # 101126)

/s/MARIO WILLIAMS
Mario Williams (GA 235254)

Nexus Derechos Humanos Attorneys, Inc.
44 Broad St. NW, Suite 200
Atlanta, GA 30303
404-254-0442/703-935-2453 FAX
dlepierre@ndhlawyers.com
mwilliams@ndhlawyers.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| **ZACHARY PAUL CRUZ**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 0:18-cv-60995 |
| | ) |
| **CAPTAIN SHEREA GREEN**, et al, | ) |
| | )   JURY TRIAL DEMANDED |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SELECT A NEW MEDIATOR

The Court, having considered Plaintiff's Motion to Select a New Mediator, finds it to be meritorious;

IT IS HEREBY ORDERED that Plaintiff's motion is granted; and

IT IS FURTHER ORDERED that the Mediator selected in the Notice of Mediation is approved.

IT IS SO ORDERED:

Date:_____, 2019

_____
THE HONORABLE CHIEF JUDGE K. MICHAEL MOORE

5 | P a g e

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing [Proposed] Order Granting Plaintiff's Motion For Selection of a New Mediator with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 28th day of February 2019.

/s/ DALLAS S. LEPIERRE
Dallas S. LePierre (Fl Bar # 101126)

/s/MARIO WILLIAMS
Mario Williams (GA 235254)

Nexus Derechos Humanos Attorneys, Inc.
44 Broad St. NW, Suite 200
Atlanta, GA 30303
404-254-0442/703-935-2453 FAX
dlepierre@ndhlawyers.com
mwilliams@ndhlawyers.com