IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| **ZACHARY PAUL CRUZ**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 0:18-cv-60995 ) |
| **CAPTAIN SHEREA GREEN**, in her individual capacity, et al. | ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) ) |

### PLAINTIFF'S ACCEPTANCE OF DEFENDANT SHEREA GREEN'S SECOND PROPOSAL FOR SETTLEMENT

Plaintiff, ZACHARY PAUL CRUZ, now serves his Acceptance of Defendant Green's Second Proposal for Settlement to Plaintiff pursuant to Florida Rule of Civil Procedure 1.442 and Florida Statute 768.79 as follows:

1. This Acceptance of Proposal for Settlement by Plaintiff, ZACHARY PAUL CRUZ, from Defendant CAPTAIN SHEREA GREEN, is made pursuant to Florida Rule of Civil Procedure 1.442 and Florida Statute 768.79.

2. Plaintiff's Acceptance of the Offer shall effect an entry of judgment under Rule 54 of the Florida Rules of Civil Procedure, dismissing with prejudice all of Plaintiff's claims against Defendant CAPTAIN SHEREA GREEN.

3. The particular and relevant conditions of the proposal are that, upon the filing of this Acceptance, Defendant will pay the settlement to Plaintiff within thirty (30) days from the date of the entry of judgment under Rule 54 of the Federal Rules of Civil Procedure, as well as providing Defendant with an <u>executed release</u> of all claims

(including claims for punitive damages, costs, interest and attorney's fees) against Defendant.

4. The total amount of the Settlement is **THREE THOUSAND DOLLARS ($3,000.00)**. There are no non-monetary terms in the Offer and Acceptance, other than those stated in paragraph 3 above regarding the entry of judgment dismissing Plaintiff's claims against Defendant, Captain Sherea Green, and Release.

5. The claims being made by Plaintiff include a claim for punitive damages. This Acceptance of the $3,000.00 Proposal for Settlement does include punitive damages, so that by this Acceptance by Plaintiff, all claims Plaintiff is making, including punitive damages, are settled. Thus, the full amount of the Settlement is to discharge the claim for compensatory, punitive, and any and all other damages claimed by Plaintiff, including fees, interest and taxable costs.

6. The claims being made by Plaintiff includes a claim for attorney fees. The amount offered includes claims for attorney's fees under applicable federal and state law. Thus, by this Acceptance by Plaintiff, all claims he is making, including claims for attorney's fees and costs, including expert costs, are settled.

Respectfully Submitted this 30th day of April 2019,

/s/ DALLAS S. LEPIERRE
Dallas S. LePierre
Florida Bar No. 101126

/s/MARIO B. WILLIAMS
Mario B. Williams
Ga. Bar No. 235254

NEXUS DERECHOS HUMANOS ATTORNEYS, INC.
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 254-0442 Telephone
(404) 935-9391 Facsimile
dlepierre@ndh-law.com
mwilliams@ndh-law.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Zachary Paul Cruz v. Captain Sherea Green, et al.
Case No.: 0:18-ca-60995-KMM
United States District Court, Southern District of Florida – Fort Lauderdale

Beth Jeanne Leahy
Walton Lantaff Schroeder & Carson
110 E Broward Boulevard
Suite 2000
Fort Lauderdale, FL 33301
Counsel for Captain Sherea Green

Respectfully Submitted this 30th day of April 2019,

/s/ DALLAS S. LEPIERRE
Dallas S. LePierre (Florida Bar No. 101126)

/s/MARIO B. WILLIAMS
Mario B. Williams (Ga. Bar No. 235254)

NEXUS DERECHOS HUMANOS ATTORNEYS, INC.
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 254-0442 Telephone
(404) 935-9391 Facsimile
dlepierre@ndh-law.com
mwilliams@ndh-law.com
Counsel for Plaintiff